May 16, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERT F. MEEKINS, Appellant

NO. 14-12-00048-CV                  V.

ROY WISNOSKI AND MARI KAY WISNOSKI, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Roy Wisnoski and Mari Kay Wisnoski, signed November 11, 2011, was heard on the transcript of the record. We have inspected the record and find the trial court erred in ordering Meekins to take nothing by his claims and awarding attorney's fees to the Wisnoskis. We therefore order that the portions of the judgment ordering Meekins to take nothing by his claims and awarding attorney's fees to the Wisnoskis are **REVERSED**. We further order the portion of Meekins's trespass to try title action addressing Meekins's alleged title to 50% of the mineral estate of the subject real property that Meekins purportedly inherited from Elloise Cox is severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.